UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 3:99-cr-264(AHN) |
| | : | |
| DAVID WILLIAMS | : | |

<u>ORDER TO SHOW CAUSE</u>

Upon the motion seeking relief pursuant to 18 U.S.C. § 3582(c) of defendant David Williams [doc. # 2236], filed on April 3, 2008, it is hereby

ORDERED that the government file a response on or before July 6, 2008, showing cause why the relief prayed for in the motion should not be granted and addressing the merits of the defendant's claim of entitlement to a reduction in this court's sentence. Specifically, the government shall address the discrepancies in the presentence report, including a reference to cocaine on page 5 of the report and crack cocaine on page 3, as well as paragraph 1 of the defendant's plea agreement that sets forth various amounts of heroin, cocaine and crack cocaine; and it is further

ORDERED that service by the United States Marshal of this order on the government's representative, Nora R. Dannehy, Acting United States Attorney, New Haven, Connecticut, on or before June 5, 2008, shall be deemed sufficient service.

SO ORDERED.

Dated at Bridgeport, Connecticut this 22nd day of May 2008.

                                              /s/
                              Alan H. Nevas
                              United States District Judge